# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-19-05063-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** <br> **7353927** |
| **vs.** | **Location Code: M13** |
| **VINCENT E. GHAZAR,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' unopposed motion to accept the defendant's payment of a $170 fine and $30 processing fee for violation 7353927 (for a total of $200), and for good cause shown,

IT IS ORDERED that the $200 fine ($170 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7353927.

IT IS FURTHER ORDERED that the bench warrant issued on August 8, 2019 is QUASHED.

DATED this 4th day of September, 2019.

John Johnston
United States Magistrate Judge